IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUENTIN HALE**
**#553659**                                                                                              **PLAINTIFF**

v.                          No. 4:23-cv-1153-DPM

**CITY OF MORRILTON and NATHAN**
**WATKINS, Police Officer, Morrilton**
**Police Department**                                                                       **DEFENDANTS**

ORDER

The Court warned Hale that if he did not move to reopen his complaint by 6 December 2024, then the Court would dismiss his complaint without prejudice. *Doc. 3.* Hale has not responded, and the time to do so has passed. The stay is lifted. Hale's complaint is therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(C)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024