IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUENTIN HALE**
**#553659**                                                                                      **PLAINTIFF**

v.                                 No. 4:23-cv-1153-DPM

**CITY OF MORRILTON and NATHAN**
**WATKINS, Police Officer, Morrilton**
**Police Department**                                                              **DEFENDANTS**

## JUDGMENT

Hale's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2024